**Edgar FLEMMING, Plaintiff–Appellant,**

v.

**J. Bryant DIEHL, Chief of South Carolina Department of Corrections Canteen Branch; Republic Tobacco, Defendants–Appellees.**

No. 01–6886.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 23, 2001.

Decided Sept. 5, 2001.

Edgar Flemming, pro se. Terry B. Millar, Terry B. Millar, L.L.C., Rock Hill, SC; Thomas Frank Dougall, Jeffrey L. Shaw, Bowers, Orr & Dougall, Columbia, SC, for appellees.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Edgar Flemming appeals the district court's order denying relief on his motion filed pursuant to Fed.R.Civ.P. 60(b). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Flemming v. Diehl,* No. CA–99–2691–3–18BC (D .S.C. Apr. 18, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*